**Alonzo HOLLOWAY, Petitioner–Appellant,**

v.

**Rosie B. GARCIA, Warden, Respondent–Appellee.**

**No. 01–55552.**

**D.C. No. CV–00–03289–DDP(RNB).**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

## MEMORANDUM**

California state prisoner Alonzo Holloway appeals pro se the district court's dismissal of his 28 U.S.C. § 2254 petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253, review de novo, *see Patterson v. Stewart*, 251 F.3d 1243, 1245 (9th Cir.), *cert denied,* —— U.S. ——, 122 S.Ct. 406, 151 L.Ed.2d 308 (2001), and affirm.

Under § 2244(d)(1) of the AEDPA, Holloway had until May 6, 1998, to file his 28 U.S.C. § 2254 petition. Absent tolling of the statute of limitations, therefore, Holloway's petition filed March 29, 2000, is untimely.

Holloway contends that the district court erred by not granting him statutory or equitable tolling based on his claim the state failed to provide an adequate law library and trained library clerks. We reject Holloway's contention because he has failed to allege sufficient facts to demonstrate that extraordinary circumstances beyond his control made it impossible for him to file his petition on time. *Cf., Whalem/Hunt v. Early*, 233 F.3d 1146 (9th

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Cir.2000) (en banc) (per curiam).[1]

**AFFIRMED.**

---

**1.** We do not reach Holloway's apparent con-
tention that he was denied access to the
courts because it is more appropriately raised
in an action under 42 U.S.C. § 1983. *See
Taylor v. List,* 880 F.2d 1040, 1046 (9th Cir.
1989) (discussing access to courts claim in the
context of a § 1983 action).

